UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK O. CHRISTIAN, )
 )
       Plaintiff, )
 )
v. ) **JUDGMENT**
 )
STATE OF NORTH CAROLINA, ) No. 5:13-CV-739-FL
 )
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 19, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 19, 2014, and Copies To:**

Patrick O. Christian in the manner prescribed in the order of U.S. Magistrate Judge Robert B. Jones, Jr. entered on January 2, 2014 at Docket Entry No. 6.

February 19, 2014        JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk